1  Sunil A. Brahmbhatt, Esq.
2  Law Office of Sunil A. Brahmbhatt, PLC.
   2700 N. Main Street, Suite #310
3  Santa Ana, CA 92705
4  Tel: 714-285-0192 ■ Fax: 714-917-3130
   Email: sunillaw@yahoo.com
5
6  Attorney for Defendant,
   SCR LIVING, LLC.
7  A California Limited Liability Company
8

9  **UNITED STATES DISTRICT COURT**

10  **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

11

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., <br><br>　　　　　Plaintiff, <br><br>v. <br><br>SCR LIVING, LLC, a California Limited Liability Company dba CERTUS ANALYTICS; DOES 1-10, <br><br>　　　　　Defendants. | **Case No:** <br><br>**DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441 (b)** <br><br>{Filed Concurrently with Civil Cover Sheet; Declaration of Sunil A. Brahmbhatt, Esq., in Support of Removal and Notice of Related Case} <br><br>**Complaint Filed: 7/22/2020** |

///

///

**COMES NOW,** Defendant SCR Living, LLC., dba Certus Analytics ("SCR") files this Notice of Removal pursuant to 28 U.S.C. §§ 1332; 1441 and 1446 and states as follows:

### I. COMMENCEMENT AND SERVICE

1) On June 25, 2020, Plaintiff PerkinElmer Health Sciences, Inc., ("PerkinElmer") a business entity organized under the corporation laws of the state of Delaware commenced this action against Defendant SCR Living, LLC., dba Certus Analytics by filing its Complaint in Superior Court of California, County of Riverside, Case No. MCC2001121 ("State Court Action"). The State Court Action was recently substitute served upon Defendant SCR and Responsive Pleadings are due on October 8, 2020 as confirmed by Plaintiff's Counsel.

2) This Notice of Removal is timely filed within thirty (30) days of substituted Service of a copy of the initial pleading (i.e. Summons & Complaint), from which it was ascertained that the case is one which is removable pursuant to 28 U.S.C. §1446 (b). This Notice of Removal is also filed within one (1) year of the commencement of this action and is timely pursuant to 28 U.S.C. § 1446 (c).

### II. GROUNDS FOR REMOVAL

3) Defendant SCR is entitled to remove the entire state court action to this Court pursuant to 28 U.S.C. §§ 1332; 1441 and 1446, because this action is a

civil action involving an amount in controversy exceeding $75,000.00, exclusive of interest and costs, between the parties of diverse citizenship.

4)  Further, Removal of the State Court Action to this Court is proper under 28 U.S.C. §1441(a) because this Court encompasses the Riverside County Superior Court. However, concurrently filed herewith is a Notice of Related Case which is in this District but pending in the Santa Ana Division and Defendant intends to file a Motion to Change Venue to the Santa Ana Division to allow the two(2) related cases to be related and consolidated.

5)  Plaintiff PerkinElmer is a corporate entity organized under the laws of the state of Delaware and a citizen of Delaware for purposes of diversity jurisdiction. A copy of the State of Delaware Entity Search Query is attached hereto as Exhibit "1" and incorporated herein by this reference.

6)  Defendant SCR is a limited liability company organized under the state of California with its current offices located in the city of Anaheim, County of Orange, California. Defendant SCR has no business activity in any other state other than California and therefore, is a citizen of California for diversity jurisdiction purposes.

7)  No change of Citizenship has occurred since commencement of the State Court Action. Accordingly, diversity of citizenship exists between Plaintiff PerkinElmer and Defendant SCR.

8) Plaintiff PerkinElmer alleges that it seeks monetary damages in the amount of $374,390.13. (Amount of Demand on Face Sheet of Complaint in the State Court Action). Accordingly, Plaintiff PerkinElmer's complaint establishes that the total amount in controversy in this action exceeds $75,000.00, and this Court has jurisdiction under 28 U.S.C. §1332.

### III. VENUE

9) Based on the filed State Court Action, Venue lies in the Eastern Division of the Central District of California because Plaintiff PerkinElmer filed its state court action in the Superior Court of Riverside which is in the Eastern District.

10) However, Defendant SCR intends to file a motion to transfer venue from the Eastern District to the Santa Ana District to relate this action with the action currently pending in Santa Ana Division entitled *PerkinElmer Health Sciences, Inc v. Excelbis Labs LLC., et al,. Case No. 8:20-cv-00527-JLS(ADXS).*

### IV. CONSENT TO REMOVAL

11) Defendant SCR by the filing of this Notice consent to the Removal of this action.

### V. EXHIBITS TO NOTICE OF REMOVAL

12) Copies of all State Court Action pleadings and Orders are attached. The Following Exhibits are attached as follows:

Exhibit 1: Defendant PerkinElmer status verification as a Delaware Corporation;

Exhibit 2: The State Court Action Complaint and Summons; Notice of Department Assignment for all Purposes and Notice of Case Management Conference; ADR Information Package; Stipulation for Alternative Dispute Resolution (ADR).

## VI.  APPEARANCE

13)  Defendant SCR has not made a general appearance in this action.

## VII. ADOPTION AND RESERVATION OF DEFENSES

14)  Nothing in this Notice of removal shall be interpreted as a waiver or relinquishment of any defense or affirmative matter, including but not limited to, the following defenses; (1) Plaintiff's Lack of Standing; (2) lack of jurisdiction; (3) improper venue; (4) improper joinder of claims and parties; (5) failure to state a claim; (6) failure to join indispensable parties; (7) fraud and deceit by Plaintiff PerkinElmer (8) Breach of Contract; and, (9) any other pertinent defense available under California Law or FRCP Rule 12 and any other state or federal statute, or otherwise.

15)  This Notice of Removal, together with the additional required documents, will be served on Plaintiff. Also, as required by 28 U.S.C. § 1446(d), a copy of this Notice of Removal will also be filed with the Clerk of the Court of Riverside County Superior Court, the Court in which the State Court Action was filed.

**LAW OFFICE OF**
**SUNIL A. BRAHMBHATT, PLC.**

October 1, 2020

*/s/Sunil A. Brahmbhatt*
Sunil A. Brahmbhatt, Esq.
Attorney for Defendant
SCR Living, LLC.

# EXHIBIT "1"

Delaware.gov   Governor | General Assembly | Courts | Elected Officials | State Agencies



**Department of State: Division of Corporations**

Allowable Characters

| | Entity Details | | |
|---|---|---|---|
| | **THIS IS NOT A STATEMENT OF GOOD STANDING** | | |
| File Number: | 2731075 | Incorporation Date / Formation Date: | 3/26/1997 (mm/dd/yyyy) |
| Entity Name: | PERKINELMER HEALTH SCIENCES, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
|---|---|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status   ○ Status,Tax & History Information

[Submit]

[View Search Results]   [New Entity Search]

**SERVICES**
- HOME
- About Agency
- Secretary's Letter
- Newsroom
- Frequent Questions
- Related Links
- Contact Us
- Office Location

**SERVICES**
- Pay Taxes
- File UCC's
- Delaware Laws Online
- Name Reservation
- Entity Search
- Status
- Validate Certificate
- Customer Service Survey

**INFORMATION**
- Corporate Forms
- Corporate Fees
- UCC Forms and Fees
- Taxes
- Expedited Services
- Service of Process
- Registered Agents
- GetCorporate Status
- Submitting a Request
- How to Form a New Business Entity
- Certifications, Apostilles & Authentication of Documents

For help on a particular field click on the Field Tag to take you to the help area.

# PROOF OF SERVICE

**COUNTY OF ORANGE**      )
                         ) ss.
**STATE OF CALIFORNIA**    )

I, the undersigned certify and declare that I am over the age of 18, employed in the County of Orange, State of California, resident of the State of California, and not a party to the above-entitled cause.

On October 2, 2020, I served a true and correct copy of:

**DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b)**

**BY EMAIL OR ELECTRONIC TRANSMISSION:**
**On October 2, 2020,** I transmitted **DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b)** to Plaintiff's Counsel, Ron Chow at rn@grclawfirm.com from my email, sunillaw@yahoo.com. Said transmission was verified as complete and without error as I did not receive within a reasonable time after the transmission, any electronic message or other indication that the email transmission was not successful.

**BY US MAIL:** On October 2, 2020, I served the **DEFENDANT'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b)** with its accompanying documents by depositing an envelope with postage thereon fully prepaid to be placed in the US POSTAL SERVICE mailbox located at 2700 N. Main Street, Santa Ana, California.

I declare under the penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on October 2, 2020**,** at Santa Ana, California.

                    /s/Sunil A. Brahmbhatt
                    Sunil A. Brahmbhatt, Esq.