# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PERKINELMER HEALTH SCIENCES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SCR LIVING LLC, a California Limited Liability Company dba CERTUS ANALYTICS; and DOES 1-10, <br><br> Defendants. <br><br> SCR LIVING LLC, a California Limited Liability Company dba CERTUS ANALYTICS, <br><br> Counterclaimant, <br><br> v. <br><br> PERKINELMER HEALTH SCIENCES, INC., DOES 50-100, <br><br> Counterdefendants. | Case No. 5:20-cv-02083-JWH-KK <br><br> **JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 192] entered on or about November 16, 2022, and in accordance with Rules 41(b), 41(c), and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. This action, including all claims and counterclaims asserted herein, is **DISMISSED**.

2. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: February 13, 2023

John W. Holcomb
UNITED STATES DISTRICT JUDGE